MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

STREET, Billy                                                                                      Crim. No.:  18-CR-20064-01

On January 22, 2024, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on February 8, 2024, and the Court made the following findings: STREET admitted guilt to violation number one; and violation two was dismissed.

  X    Guilty of violating conditions of supervision.  The following special condition of supervision is added.

You must reside in a Residential Reentry Center (RRC) for up to 180 days, with a 90-day review by the probation officer to determine if release is appropriate. You must follow the rules and regulations of the center. Subsistence is waived.

                                                                                              Respectfully submitted,

                                                                                              s/LaMisha Rice
                                                                                              Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 9th Day of February, 2024.

                                                                                              s/Matthew F. Leitman
                                                                                              Honorable Matthew F. Leitman
                                                                                              United States District Judge